**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00480-CV

### DALLAS COUNTY, Appellant

### V.

### LOGAN, ROY, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06270**

## ORDER

Before the Court is appellee Roy Logan's November 20, 2013 "Motion to Extend Time to File Brief," which pertains to a supplemental brief received by this Court from appellee on October 31, 2013. Appellee's deadline to file a supplemental brief in this case was October 30, 2013. Appellee requests a one-day extension, "up to and including October 31, 2013, when the electronic copy of the Supplemental Brief was filed." Counsel for appellee asserts he has conferred with counsel for appellant Dallas County respecting this extension and "Appellant's counsel advised she was unable to state Appellant's position on the requested extension and it is assumed Appellant is opposed to the relief requested."

On October 10, 2013, this Court notified the parties by letter that if they desired to file supplemental briefs in this case, "[a]ppellant's supplemental brief must be filed within ten days

of the date of this letter and appellee's supplemental brief must be filed within twenty days of the date of this letter." Additionally, the letter stated "[n]o extensions will be granted."

Pursuant to Texas Rule of Appellate Procedure 4.1, appellant's supplemental brief was due Monday, October 21, 2013. *See* TEX. R. APP. P. 4.1 (if last day of computing period is Sunday, period extends to end of next day that is not holiday). Appellant's supplemental brief was filed on that date. Appellee's supplemental brief was due Wednesday, October 30, 2013. Appellee asserts he "erroneously believed he had 10 days to file his Supplemental Brief measured from October 21, 2013." Additionally, appellee asserts the extension requested by him "is the same extension effectively granted to Appellant."

We **GRANT** appellee's November 20, 2013 "Motion to Extend Time to File Brief" and extend appellee's time to file a supplemental brief to October 31, 2013. *See* TEX. R. APP. P. 43.6. Further, we **ORDER** that appellee's supplemental brief received in this Court on October 31, 2013, is timely filed as of that date.

/s/    DOUGLAS S. LANG
        JUSTICE